## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

JOSE MARIA DECASTRO,
Plaintiff,

v.

CITY OF DUNCAN, OKLAHOMA, et al.
Defendants.

**Case No. 5:26-cv-00027**

**[PROPOSED]**
**ORDER GRANTING PLAINTIFF'S MOTION FOR**
**EXTENSION OF TIME TO EFFECT SERVICE OF PROCESS**

THIS MATTER comes before the Court on Plaintiff Jose Maria DeCastro's Motion for Extension of Time to Effect Service of Process (the "Motion"), filed on March 12, 2026. The Court has considered the Motion, the record in this matter, and applicable law, and is duly advised in the premises.

**THE COURT FINDS AS FOLLOWS:**

1. This action was originally filed in the United States District Court for the Central District of California on December 18, 2025. The case was ordered transferred to the Western District of Oklahoma and opened in this District on January 8, 2026.

2. Under Federal Rule of Civil Procedure 4(m), the current deadline for service of process is on or about March 18, 2026.

3. Plaintiff has demonstrated good cause for an extension of the service deadline under Federal Rule of Civil Procedure 4(m). Because this action was transferred between districts, summonses must now issue from the Western District of Oklahoma, and additional time is required to complete service. The inter-district transfer created administrative delays that prevented Plaintiff from timely obtaining and issuing valid summonses in this District.

4. Plaintiff has demonstrated diligence by monitoring the docket following transfer, confirming judicial assignment, and actively pursuing properly issued summonses from the Western District of Oklahoma Clerk's Office. The requested extension will not prejudice any Defendant, as no responsive pleading has been filed and no scheduling order has been entered.

5. The requested sixty (60)-day extension is reasonable under the circumstances, including Plaintiff's pro se status, geographic distance from the forum, and the pendency of related criminal proceedings in State of Oklahoma v. Jose Maria DeCastro, Stephens County District Court Case No. CM-2025-529.

**IT IS THEREFORE ORDERED AS FOLLOWS:**

1. Plaintiff's Motion for Extension of Time to Effect Service of Process is hereby GRANTED.

2. The deadline for Plaintiff to effectuate service of process upon all Defendants is hereby EXTENDED by sixty (60) days, to and including May 18, 2026.

3. Plaintiff shall file proof of service upon each Defendant as service is completed, in accordance with Federal Rule of Civil Procedure 4(l).

4. Failure to complete service upon any Defendant by May 18, 2026 may result in dismissal without prejudice as to that Defendant pursuant to Federal Rule of Civil Procedure 4(m), absent a further showing of good cause.

IT IS SO ORDERED.

Dated: _March 12, 2026_

_____
UNITED STATES DISTRICT JUDGE
Western District of Oklahoma