Jose M. DeCastro
5350 Wilshire Blvd
PO Box 36143
L.A., CA 90036

9589 0710 5270 3455 2396 71

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

9589 0710 5270 3455 2396 71

Clerk of Court
United States District Court
Western District of Oklahoma
200 N Robinson Avenue
Oklahoma City, OK 73102



→ 200 NW 4th St
OK City OK    73102

73102-302899

RDC 99

73102

U.S. POSTAGE PAID
FCM LETTER
LOS ANGELES, CA 90036
MAR 12, 2026
$6.37
S2323D500215-08

FOREVER / USA

RECEIVED
MAR 16 2026
Clerk, U.S. District Court
WEST. DIST. OF OKLA.