## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOSE MARIA DECASTRO,<br><br>      Plaintiff,<br><br>v.<br><br>CITY OF DUNCAN, OKLAHOMA, et al.,<br><br>      Defendants. | Case No. 5:26-cv-00027 |

## REQUEST FOR ISSUANCE OF SUMMONS

Plaintiff Jose Maria DeCastro, appearing pro se, respectfully requests that the Clerk of Court issue summonses in the above-captioned matter for the following Defendants, pursuant to Federal Rule of Civil Procedure 4(b):

1. City of Duncan, Oklahoma
Attn: City Attorney
210 W. Willow Avenue
Duncan, OK 73533

2. Officer Smith (first name currently unknown)
Duncan Police Department
1201 W. Spruce Avenue
Duncan, Oklahoma 73533

3. Dan Jacobsma
District 3 District Attorney
Kiowa County Courthouse
316 S. Main St, Hobart, OK 73651

FILED

MAR 16 2026

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

Plaintiff intends to effectuate service promptly upon issuance of the summonses in accordance with Federal Rule of Civil Procedure 4.

Plaintiff requests that the Clerk issue three (3) separate summonses, one for each Defendant named above, and return the executed summonses to Plaintiff at the address listed below for delivery to a private process server authorized to serve process in Oklahoma.

Respectfully submitted,

/s/ Jose Maria DeCastro
Jose Maria DeCastro, Plaintiff Pro Se
5350 Wilshire Blvd., P.O. Box 36143
Los Angeles, CA 90036
Chille@situationcreator.com

Dated: March 13, 2026