Jose M. DeCastro
5350 Wilshire Blvd
PO Box 36143
L.A., CA 90036



9589 0710 5270 3455 2396 64

*Retail*



RDC 99

73102

U.S. POSTAGE PAID
FCM LG ENV
LOS ANGELES, CA 90036
MAR 12, 2026

$7.47

S2323D500215-08

Clerk of Court
United States District Court
Western District of Oklahoma
~~301 N Robinson Avenue~~
Oklahoma City, OK 73102

200 NN 4th St
Ok City OK, 73102

RECEIVED
MAR 16 2026
Clerk, U.S. District Court
WEST.DIST.OF OKLA.

9589 0710 5270 3455 2396 64

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®