AO 440 (Rev. 06/12) Summons in a Civil Action                                                                                WDOK

# UNITED STATES DISTRICT COURT
## for the
## Western District of Oklahoma

| | |
|---|---|
| JOSE MARIA DECASTRO,<br><br>         Plaintiff,<br><br>   v.<br><br>CITY OF DUNCAN, OKLAHOMA, et al.,<br><br>         Defendants. | **Civil Action No.**<br>5:26-cv-00027 |

## SUMMONS IN A CIVIL ACTION

**TO:**
(Defendant's name and address)

**City of Duncan, Oklahoma**
Attn: City Attorney
210 W. Willow Avenue
Duncan, OK 73533

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jose Maria DeCastro, Plaintiff Pro Se
5350 Wilshire Blvd., P.O. Box 36143
Los Angeles, CA 90036
Chille@situationcreator.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
9:08 am, Mar 18, 2026
*JOAN KANE, CLERK*

By: _____        _____        _____

**Signature of Clerk or Deputy Clerk**                              Date

*The court's seal must be affixed to this summons. Failure to do so will render the summons invalid.*

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for (name of individual and title, if any) _____

was received by me on (date) _____.

■ I personally served the summons on the individual at (place):

_____ on (date) _____; or

■ I left the summons at the individual's residence or usual place of abode with (name) _____,

a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to

the individual's last known address; or

■ I served the summons on (name of individual) _____, who is designated by law to accept

service of process on behalf of (name of organization) _____ on (date) _____; or

■ I returned the summons unexecuted because: _____; or

■ Other (specify):

_____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.


_____            _____
Date                                         Server's signature


_____            _____
Printed name and title                       Server's address

AO 440 (Rev. 06/12) Summons in a Civil Action                                                                                                    WDOK

# UNITED STATES DISTRICT COURT
## for the
### Western District of Oklahoma

| | |
|---|---|
| JOSE MARIA DECASTRO,<br>            Plaintiff,<br><br>    v.<br><br>CITY OF DUNCAN, OKLAHOMA, et al.,<br>            Defendants. | **Civil Action No.**<br>5:26-cv-00027 |

## SUMMONS IN A CIVIL ACTION

**TO:**
(Defendant's name and address)

**Officer Smith (first name currently unknown)**
Duncan Police Department
1201 W. Spruce Avenue
Duncan, OK 73533

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jose Maria DeCastro, Plaintiff Pro Se
5350 Wilshire Blvd., P.O. Box 36143
Los Angeles, CA 90036
Chille@situationcreator.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
9:10 am, Mar 18, 2026
*JOAN KANE, CLERK*

By:_____

Signature of Clerk or Deputy Clerk                                    Date

*The court's seal must be affixed to this summons. Failure to do so will render the summons invalid.*

**PROOF OF SERVICE**

(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))

This summons for (name of individual and title, if any) _____

was received by me on (date) _____.

■ I personally served the summons on the individual at (place):

_____ on (date)_____ ; or

■ I left the summons at the individual's residence or usual place of abode with (name) _____,

a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to

the individual's last known address; or

■ I served the summons on (name of individual) _____, who is designated by law to accept

service of process on behalf of (name of organization) _____ on (date) _____; or

■ I returned the summons unexecuted because: _____; or

■ Other (specify):

_____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

_____        _____
Date                                    Server's signature

_____        _____
Printed name and title                  Server's address