Jose M. DeCastro
5350 Wilshire Blvd
PQ Box 36143
L.A., CA 90036



9589 0710 5270 3455 2396 64

**Retail**


UNITED STATES
POSTAL SERVICE®

RDC 99



73102

U.S. POSTAGE PAID
FCM LG ENV
LOS ANGELES, CA 90036
MAR 12, 2026

**$7.47**

S2323D500215-08

Clerk of Court
United States District Court
Western District of Oklahoma
~~301 N Robinson Avenue~~
Oklahoma City, OK 73102

200 NW 4th St
Ok City Ok, 73102



RECEIVED

MAR 16 2026

Clerk, U.S. District Court
WEST. DIST. OF OKLA.

