AO 440 (Rev. 06/12) Summons in a Civil Action                                                                WDOK

## UNITED STATES DISTRICT COURT
### for the
### Western District of Oklahoma

| | |
|---|---|
| JOSE MARIA DECASTRO,<br>            Plaintiff,<br><br>    v.<br><br>CITY OF DUNCAN, OKLAHOMA, et al.,<br>            Defendants. | **Civil Action No.**<br>5:26-cv-00027 |

## SUMMONS IN A CIVIL ACTION

**TO:**
(Defendant's name and address)

> **Dan Jacobsma**
> District 3 District Attorney
> Kiowa County Courthouse
> 316 S. Main St, Hobart, OK 73651

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jose Maria DeCastro, Plaintiff Pro Se
> 5350 Wilshire Blvd., P.O. Box 36143
> Los Angeles, CA 90036
> Chille@situationcreator.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

_____          _____
Signature of Clerk or Deputy Clerk          Date

*The court's seal must be affixed to this summons. Failure to do so will render the summons invalid.*

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))

This summons for (name of individual and title, if any) _____

was received by me on (date) _____.

■ I personally served the summons on the individual at (place):

_____ on (date) _____; or

■ I left the summons at the individual's residence or usual place of abode with (name) _____,

a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to

the individual's last known address; or

■ I served the summons on (name of individual) _____, who is designated by law to accept

service of process on behalf of (name of organization) _____ on (date) _____; or

■ I returned the summons unexecuted because: _____; or

■ Other (specify):

_____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.


_____          _____
Date                                     Server's signature


_____          _____
Printed name and title                   Server's address

**JS 44 (Rev. 10/20)**                              **CIVIL COVER SHEET**                              WDOK Local Form

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I. (a) PLAINTIFFS**

Jose Maria DeCastro

**DEFENDANTS**

City of Duncan, Oklahoma; and John or Jane Does 1 through 10, individually and in their official capacities

**(b)** County of Residence of First Listed Plaintiff:  Los Angeles County, CA

County of Residence of First Listed Defendant:    Stephens County, OK

**(c) Attorneys** (Firm Name, Address, and Telephone Number):
Jose Maria DeCastro, Pro Se
5350 Wilshire Blvd., P.O. Box 36143
Los Angeles, CA 90036
Chille@situationcreator.com

**Attorneys (If Known):**
Unknown at this time

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question
- [ ] 4 Diversity

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | CIVIL RIGHTS | PRISONER PETITIONS |
|---|---|---|
| [ ] 110 Insurance | [X] 440 Other Civil Rights | [ ] 463 Alien Detainee |
| [ ] 120 Marine | [ ] 441 Voting | [ ] 510 Motions to Vacate |
| [ ] 130 Miller Act | [ ] 442 Employment | [ ] 530 General |
| [ ] 140 Negotiable Instrument | [ ] 443 Housing | [ ] 535 Death Penalty |
| [ ] 150 Recovery of Overpayment | [ ] 445 Amer. w/Disabilities-Empl. | [ ] 540 Mandamus & Other |
| [ ] 160 Stockholders' Suits | [ ] 446 Amer. w/Disabilities-Other | [ ] 550 Civil Rights |
| [ ] 190 Other Contract | [ ] 448 Education | [ ] 555 Prison Condition |

**V. ORIGIN** (Place an "X" in One Box Only)

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [X] 5 Transferred from Another District
- [ ] 6 Multidistrict Litigation

Transferred From:    United States District Court, Central District of California
Original Case Filed: December 18, 2025

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing:
42 U.S.C. § 1983 — Deprivation of rights under color of law; First and Fourth Amendment violations.

**VII. REQUESTED IN COMPLAINT:**

- [ ] CHECK IF THIS IS A CLASS ACTION under Rule 23, F.R.Cv.P.

DEMAND $: To be determined at trial

- [ ] JURY DEMAND:   [X] Yes [ ] No

**VIII. RELATED CASE(S), IF ANY:**

Judge: N/A
Related State Criminal Proceeding: State of Oklahoma v. Jose Maria DeCastro,
Stephens County District Court, Case No. CM-2025-529

**DATE:**    March 13, 2026

**SIGNATURE OF ATTORNEY OF RECORD / PRO SE PLAINTIFF:**

/s/ Jose Maria DeCastro        Plaintiff, Pro Se

**FOR OFFICE USE ONLY**
RECEIPT #: _____      AMOUNT: _____      APPLYING IFP: _____      JUDGE: _____
MAG. JUDGE: _____