Jose M. DeCastro
5350 Wilshire Blvd
PQ Box 36143
L.A., CA 90036



9589 0710 5270 3455 2396 64

Retail



73102

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
LOS ANGELES, CA 90036
MAR 12, 2026

**$7.47**

S2323D500215-08

Clerk of Court
United States District Court
Western District of Oklahoma
301 N Robinson Avenue
Oklahoma City, OK 73102

200 NN 4th St
Ok City Ok, 73102

RECEIVED

MAR 16 2026

Clerk, U.S. District Court
WEST.DIST.OF OKLA.

