# EXHIBIT A

## CERTIFIED DOCKET

Stephens County District Court • Case No. CM-2025-00530

## STATE OF OKLAHOMA vs. DECASTRO, JOSE M.

Criminal Misdemeanor | Date Filed: December 10, 2025 | Amount Owed: $792.00 (as of March 16, 2026)

### OFFENSE OR CAUSE

| 1 | LOITER IN / INJURE / MOLEST MOTOR VEHICLE / JOY RIDE  [21 O.S. § 1787] |
| 2 | LOITER IN / INJURE / MOLEST MOTOR VEHICLE / JOY RIDE  [21 O.S. § 1787] |
| 3 | LOITER IN / INJURE / MOLEST MOTOR VEHICLE / JOY RIDE  [21 O.S. § 1787] |

### PARTIES INVOLVED

| | |
|---|---|
| **Defendant** | DECASTRO, JOSE M. — Los Angeles, CA |
| **District Attorney** | JACOBSMA, DAN |
| **Attorney** | PRO SE |
| **Arresting Officer** | SMITH, SUZANNAH |
| **Agency** | DUNCAN POLICE DEPARTMENT — Duncan, OK |
| **Judge** | HIXON, CARRIE — Stephens County District Court |

### CASE ENTRIES

| DATE | DESCRIPTION |
|---|---|
| 12/10/2025 | Information Filed (Count 1) |
| 12/10/2025 | Multiple Count Filed (Count 2) |
| 12/10/2025 | Multiple Count Filed (Count 3) |
| 12/10/2025 | Probable Cause Affidavit Filed |
| 12/10/2025 | Misdemeanor Warrant Issued |
| 12/26/2025 | Letter from Attorney General Gentner Drummond |
| 12/31/2025 | Affidavit of Heather Chandler Filed |
| 01/06/2026 | Notice of Good-Faith Efforts to Confirm Prosecuting Authority and Contact Information |
| 01/09/2026 | Defendant's Motion for Franks Hearing |
| 01/20/2026 | Defendant's Supplemental Motion for Franks Hearing |
| 01/20/2026 | Defendant's Motion to Disqualify Prosecutor |
| 01/20/2026 | Defendant's Motion for Judicial Recusal |
| 02/13/2026 | Defendant's Motion to Deem Motions Confessed |

| TOTAL OWED | $792.00  (as of March 16, 2026) |

Source: Oklahoma District Court Records — https://odcr.com/detail?court=069-&casekey=069-CM++2500530 | Retrieved March 16, 2026