Jose Maria DeCastro

5350 Wilshire Blvd., P.O. Box 36143

Los Angeles, California 90036

Telephone: (310) 963-2445

Email: chille@situationcreator.com

March 27, 2026

Clerk of Court

United States District Court

Western District of Oklahoma

William J. Holloway, Jr. U.S. Courthouse

200 NW 4th Street

Oklahoma City, OK 73102

Re:   DeCastro v. City of Duncan, et al.

Case No. 5:26-cv-00027

Filing of First Amended Complaint and Request for Issuance of Summons

Dear Clerk of Court:

Plaintiff Jose Maria DeCastro, proceeding pro se, respectfully submits the following documents for filing in the above-captioned matter:

1.  First Amended Complaint for Damages and Injunctive Relief; and

2.  Exhibit A: Stephens County District Court Docket, Case No. CM-2025-00530.

Plaintiff files this First Amended Complaint as of right pursuant to Federal Rule of Civil Procedure 15(a)(1), as no defendant has yet served a responsive pleading. The First Amended Complaint adds Dan Jacobsma, District Attorney for District 6, State of Oklahoma, as a named Defendant. No leave of Court is required. This amendment is timely.

Plaintiff respectfully requests that the Clerk issue one new Summons on AO Form 440 for the newly added Defendant. A proposed summons for Defendant Dan Jacobsma is submitted herewith.