5350 Wilshire Blvd
PO Box 36143
L.A., CA 90036

  

**Retail**

U.S. POSTAGE PAID
FCM LG ENV
LOS ANGELES, CA 90036
MAR 27, 2026

UNITED STATES
POSTAL SERVICE®

73102    **$7.74**

RDC 99    S2324K503529-67

W. Dist Fed Court
200 NW 4th St
rm 1210
ok city ok 73102

RECEIVED
MAR 30 2026
Clerk, U.S. District Court
WEST.DIST.OF OKLA.

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**