Ⓩ

Dan Jacobsma

District Attorney, District 6

Jackson County District Attorney's Office

101 North Main Street

Altus, OK 73521

FILED

MAR 3 0 2026

JOAN KANE. CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

Please issue and return the summons to Plaintiff at the address listed above for service pursuant to Federal Rule of Civil Procedure 4.

Plaintiff has served a copy of the First Amended Complaint and Exhibit A on Defendant Suzannahe Smith, the only Defendant served to date, via United States Mail.

Thank you for your assistance.


Respectfully submitted,

/s/ Jose Maria DeCastro

JOSE MARIA DeCASTRO, Pro Se

5350 Wilshire Blvd., P.O. Box 36143

Los Angeles, California 90036

Telephone: (310) 963-2445

Email: chille@situationcreator.com