AO 440 (Rev. 06/12) Summons in a Civil Action WDOK

# UNITED STATES DISTRICT COURT
## for the
### Western District of Oklahoma

| | |
|---|---|
| JOSE MARIA DeCASTRO,<br>Plaintiff,<br><br>v.<br><br>CITY OF DUNCAN, OKLAHOMA, et al.,<br>Defendants. | Civil Action No.<br>5:26-cv-00027 |

## SUMMONS IN A CIVIL ACTION

TO:

(Defendant's name and address)
Dan Jacobsma
District Attorney, District 6
Jackson County District Attorney's Office
101 North Main Street
Altus, OK 73521

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jose Maria DeCastro, Plaintiff Pro Se
5350 Wilshire Blvd., P.O. Box 36143
Los Angeles, CA 90036
Chille@situationcreator.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
12:55 pm, Mar 31, 2026
*JOAN KANE, CLERK*

By:_____

Signature of Clerk or Deputy Clerk

Date

_____

The court's seal must be affixed to this summons. Failure to do so will render the summons invalid.