**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF OKLAHOMA
200 N.W. 4TH STREET
**OKLAHOMA CITY, OKLAHOMA 73102-3092**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

OKLAHOMA CITY OK 730

16 APR 2026 PM 7 L

Jose Maria DeCastro
5350 Wilshire Blvd
PO Box 36143
Los Angeles, CA 90036

RECEIVED
APR 17 2026
Clerk, U.S. District Court
WEST. DIST. OF OKLA.

90036-014343