## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOSE MARIA DECASTRO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-26-27-G |
| | ) |
| CITY OF DUNCAN, OKLAHOMA, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff Jose Maria DeCastro, appearing pro se, originally filed this action in the U.S. District Court for the Central District of California on December 18, 2025. *See* Compl. (Doc. No. 1). The case was transferred to this Court on January 8, 2026. *See* Doc. Nos. 10, 11. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff's deadline to effect service upon the multiple defendants was March 18, 2026. *See* Fed. R. Civ. P. 4(m).

On March 16, 2026, Plaintiff filed a Motion for Extension of Time (Doc. No. 12), requesting an extension of this deadline. In support, Plaintiff cites his pro se status, the transfer of this action and need to obtain new process, his current California residence, and ongoing criminal proceedings against Plaintiff. *See id.* at 1-2.

Having considered Plaintiff's contentions and the relevant record, as well as the preliminary nature of these proceedings, the Court finds that Plaintiff has shown "good cause" for the failure to timely serve the defendants. Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified

time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."). Plaintiff is therefore entitled to an extension of time to perfect service. *See id.*; *Espinoza v. United States*, 52 F.3d 838, 841 (10th Cir. 1995).

CONCLUSION

Plaintiff's Motion for Extension of Time (Doc. No. 12) is GRANTED. Plaintiff must serve each defendant and submit proper proof of service in compliance with the requirements of Federal Rule of Civil Procedure 4 no later than June 15, 2026.

IT IS SO ORDERED this 15th day of April, 2026.

CHARLES B. GOODWIN
United States District Judge