## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

JOSE MARIA DeCASTRO,                    )
                                        )
            Plaintiff,                  )
                                        )
v.                                      )
                                        )   Case No. 5:26-cv-00027
CITY OF DUNCAN, OKLAHOMA;               )
SUZANNAHE SMITH, in her individual      )
and official capacities;                )
CONNOR NEWMAN, in his individual        )
and official capacities;                )
WILLIAM FITZHUGH, in his individual     )
and official capacities;                )
BRIAN ATTAWAY, in his individual and    )
official capacities;                    )
DAVID HAMMOND, in his individual        )
and official capacities;                )
DAN JACOBSMA, in his individual and     )
official capacities;                    )
DOES 1-10, inclusive,                   )
                                        )
                                        )
            Defendants.                 )

## ENTRY OF APPEARANCE

Attorney Jeffrey C. Hendrickson of Pierce Couch Hendrickson Baysinger & Green, L.L.P. hereby enters his appearance as counsel of record in the above-titled action for Defendant Suzannahe Smith. Attorney Hendrickson is admitted to practice in this Court and is registered to file documents electronically with this Court.

Respectfully submitted,


 s/Jeffrey C. Hendrickson
Robert S. Lafferrandre, OBA #11897
Jeffrey C. Hendrickson, OBA #32798
Jessica James Curtis, OBA #35140
**PIERCE COUCH HENDRICKSON**
**BAYSINGER & GREEN, L.L.P.**
1109 North Francis Avenue
Oklahoma City, Oklahoma 73106
Telephone: (405) 235-1611
Facsimile: (405) 235-2903
rlafferrandre@piercecouch.com
jhendrickson@piercecouch.com
jjamescurtis@piercecouch.com
*Attorneys for Defendant Suzannahe Smith*


## CERTIFICATE OF SERVICE

I certify that on the 22nd day of April, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and the transmittal of a Notice of Electronic Filing to all counsel who have entered an appearance in this action.

***Pro Se Plaintiff:***
Jose Maria DeCastro
5350 Wilshire Blvd.
P.O. Box 36143
Los Angeles, CA 90036
chille@situationcreator.com


s/Jeffrey C. Hendrickson
Jeffrey C. Hendrickson