**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JOSE MARIA DeCASTRO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:26-cv-00027 |
| ) | |
| CITY OF DUNCAN, OKLAHOMA; ) | |
| SUZANNAHE SMITH, in her individual ) | |
| and official capacities; ) | |
| CONNOR NEWMAN, in his individual ) | |
| and official capacities; ) | |
| WILLIAM FITZHUGH, in his individual ) | |
| and official capacities; ) | |
| BRIAN ATTAWAY, in his individual and ) | |
| official capacities; ) | |
| DAVID HAMMOND, in his individual ) | |
| and official capacities; ) | |
| DAN JACOBSMA, in his individual and ) | |
| official capacities; ) | |
| DOES 1-10, inclusive, ) | |
| ) | |
| ) | |
| Defendants. ) | |

**ENTRY OF APPEARANCE**

Attorney Jessica James Curtis of Pierce Couch Hendrickson Baysinger & Green, L.L.P. hereby enters her appearance as counsel of record in the above-titled action for Defendant Suzanne Smith. Attorney James Curtis is admitted to practice in this Court and is registered to file documents electronically with this Court.

Respectfully submitted,

s/ Jessica James Curtis
Robert S. Lafferrandre, OBA #11897
Jeffrey C. Hendrickson, OBA #32798
Jessica James Curtis, OBA #35140
**PIERCE COUCH HENDRICKSON
BAYSINGER & GREEN, L.L.P.**
1109 North Francis Avenue
Oklahoma City, Oklahoma 73106
Telephone: (405) 235-1611
Facsimile: (405) 235-2903
rlafferrandre@piercecouch.com
jhendrickson@piercecouch.com
jjamescurtis@piercecouch.com
*Attorneys for Defendant Suzannahe Smith*

## CERTIFICATE OF SERVICE

I certify that on the 22nd day of April, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and the transmittal of a Notice of Electronic Filing to all counsel who have entered an appearance in this action.

*Pro Se Plaintiff:*
Jose Maria DeCastro
5350 Wilshire Blvd.
P.O. Box 36143
Los Angeles, CA 90036
chille@situationcreator.com

s/ Jessica James Curtis
Jessica James Curtis