## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOSE MARIA DeCASTRO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 5:26-cv-00027 |
| CITY OF DUNCAN, OKLAHOMA; | ) | |
| SUZANNAHE SMITH, in her individual | ) | |
| and official capacities; | ) | |
| CONNOR NEWMAN, in his individual | ) | |
| and official capacities; | ) | |
| WILLIAM FITZHUGH, in his individual | ) | |
| and official capacities; | ) | |
| BRIAN ATTAWAY, in his individual and | ) | |
| official capacities; | ) | |
| DAVID HAMMOND, in his individual | ) | |
| and official capacities; | ) | |
| DAN JACOBSMA, in his individual and | ) | |
| official capacities; | ) | |
| DOES 1-10, inclusive, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

Attorney Robert S. Lafferrandre of Pierce Couch Hendrickson Baysinger & Green, L.L.P. hereby enters his appearance as counsel of record in the above-titled action for Defendant Suzannahe Smith. Attorney Lafferrandre is admitted to practice in this Court and is registered to file documents electronically with this Court.

Respectfully submitted,

s/Robert S. Lafferrandre
Robert S. Lafferrandre, OBA #11897
Jeffrey C. Hendrickson, OBA #32798
Jessica James Curtis, OBA #35140
**PIERCE COUCH HENDRICKSON
BAYSINGER & GREEN, L.L.P.**
1109 North Francis Avenue
Oklahoma City, Oklahoma 73106
Telephone: (405) 235-1611
Facsimile: (405) 235-2903
rlafferrandre@piercecouch.com
jhendrickson@piercecouch.com
jjamescurtis@piercecouch.com
*Attorneys for Defendant Suzannahe Smith*

## CERTIFICATE OF SERVICE

I certify that on the 22nd day of April, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and the transmittal of a Notice of Electronic Filing to all counsel who have entered an appearance in this action.

s/ Robert S. Lafferrandre
Robert S. Lafferrandre

I also hereby certified that on the 22nd day of April, 2026, I served a true and correct copy of the attached document on all parties that are not registered for service via the CM/ECF system for filing, including those specified below, via U.S. mail:

***Pro Se Mr. DeCastro:***
Jose Maria DeCastro
5350 Wilshire Blvd.
P.O. Box 36143
Los Angeles, CA 90036
chille@situationcreator.com

s/Robert S. Lafferrandre
Robert S. Lafferrandre