

**OKLAHOMA STATE COURTS NETWORK**

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>STEPHENS COUNTY</u>, OKLAHOMA

| | |
|---|---|
| | **No. CM-2025-00530**<br>**(Criminal Misdemeanor)**<br><br>Filed: 12/10/2025 |
| STATE OF OKLAHOMA VS. DECASTRO, JOSE M | |
| | Judge: HIXON, CARRIE |

## PARTIES

DECASTRO, JOSE M, Defendant
JACOBSMA, DAN, DISTRICT ATTORNEY
SMITH, SUZANNAHE, ARRESTING OFFICER
DUNCAN POLICE DEPT., ARRESTING AGENCY

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|

## EVENTS

Get Text Reminders

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Wednesday, December 10, 2025 | | | |
| ISSUE MISDEMEANOR WARRANT | | | |

## COUNTS

1. LOITER IN/INJURE/MOLEST MOTOR VEHICLE/JOY RIDE
2. LOITER IN/INJURE/MOLEST MOTOR VEHICLE/JOY RIDE
3. LOITER IN/INJURE/MOLEST MOTOR VEHICLE/JOY RIDE

## DOCKET

| Date | Code | Description |
|---|---|---|

EXHIBIT 1

| | |
|---|---:|
| **12/10/2025** **[ TEXT ]** | $ 83.00 |
| INFORMATION 2/1/09 KH | |
| Document Available (#1086875751) ☐TIFF  ☐PDF | |
| (Entry with fee only) | $ 6.00 |
| (Entry with fee only) | $ 5.00 |
| OKLAHOMA COURT INFORMATION SYSTEM FEE - EFFECTIVE 07/01/07 | $ 25.00 |
| TRAUMA CARE REVOLVING FUND 6/3/04 | $ 10.00 |
| 10% TCRV | $ 1.00 |
| CLEET 7-1-2004 (FINE OF $10.00 OR MORE) | $ 10.00 |
| 10% CLEET 11-1-2004 | $ 1.00 |
| A.F.I.S (FINE OF $10.00 OR MORE) | $ 10.00 |
| 10% A.F.I.S | $ 1.00 |
| FORENSIC FEE (FINE OF $10.00 OR MORE) 7/1/01 | $ 10.00 |
| 10% FO10 | $ 1.00 |
| MEDICAL EXPENSE LIABILITY FUND (FINE OF $10.00 OR MORE) | $ 10.00 |
| 10% MEL 8/29/03 | $ 1.00 |
| DISTRICT ATTY REVOLVING FUND 11/1/04 | $ 30.00 |
| 10% DARF | $ 3.00 |
| SHERIFF SERVICE FEE-COURTHOUSE SECURITY SUB ACCOUNT 11/1/06 | $ 10.00 |
| 10% OF COURTHOUSE SECURITY FEE | $ 1.00 |
| ATTORNEY GENERAL VICTIM SERVICES UNIT 7/1/07 | $ 3.00 |
| 10% OF AG VICTIM SERVICES FEE | $ 0.30 |
| CHILD ABUSE MULTIDISCIPLINARY ACCOUNT 7/1/07 | $ 3.00 |
| 10% OF CAMA FEE | $ 0.30 |
| 15% TO DISTRICT COURT REVOLVING FUND | $ 14.40 |
| **12/10/2025** **[ TEXT ]** | $ 83.00 |
| MULTIPLE COUNT 2/1/09 CT 2 | |
| (Entry with fee only) | $ 6.00 |
| (Entry with fee only) | $ 5.00 |
| OKLAHOMA COURT INFORMATION SYSTEM FEE - EFFECTIVE 07/01/07 | $ 25.00 |
| TRAUMA CARE REVOLVING FUND 6/3/04 | $ 10.00 |
| 10% TCRV | $ 1.00 |
| CLEET 7-1-2004 (FINE OF $10.00 OR MORE) | $ 10.00 |
| 10% CLEET | $ 1.00 |
| A.F.I.S (FINE OF $10.00 OR MORE) | $ 10.00 |
| 10% AFIS | $ 1.00 |
| FORENSIC FEE 7/1/01 | $ 10.00 |
| 10% FO10 | $ 1.00 |
| MEDICAL EXPENSE LIABILITY 8/29/03 | $ 10.00 |

EXHIBIT 1

| | |
|---|---:|
| 10% MEL | $ 1.00 |
| DISTRICT ATTORNEY REV. FUND 11/1/04 | $ 30.00 |
| 10% OF DARF | $ 3.00 |
| SHERIFF SERVICE FEE-COURTHOUSE SECURITY SUB ACCOUNT 11/1/06 | $ 10.00 |
| 10% OF COURTHOUSE SECURITY FEE | $ 1.00 |
| ATTORNEY GENERAL VICTIM SERVICES UNIT 7/1/07 | $ 3.00 |
| 10% OF AG VICTIM SERVICES FEE | $ 0.30 |
| CHILD ABUSE MULTIDISCIPLINARY ACCOUNT 7/1/07 | $ 3.00 |
| 10% OF CAMA FEE | $ 0.30 |
| 15% TO DISTRICT COURT REVOLVING FUND | $ 14.40 |
| **12/10/2025  [ TEXT ]** | $ 83.00 |
| MULTIPLE COUNT 2/1/09 CT 3 | |
| (Entry with fee only) | $ 6.00 |
| (Entry with fee only) | $ 5.00 |
| OKLAHOMA COURT INFORMATION SYSTEM FEE - EFFECTIVE 07/01/07 | $ 25.00 |
| TRAUMA CARE REVOLVING FUND 6/3/04 | $ 10.00 |
| 10% TCRV | $ 1.00 |
| CLEET 7-1-2004 (FINE OF $10.00 OR MORE) | $ 10.00 |
| 10% CLEET | $ 1.00 |
| A.F.I.S (FINE OF $10.00 OR MORE) | $ 10.00 |
| 10% AFIS | $ 1.00 |
| FORENSIC FEE 7/1/01 | $ 10.00 |
| 10% FO10 | $ 1.00 |
| MEDICAL EXPENSE LIABILITY 8/29/03 | $ 10.00 |
| 10% MEL | $ 1.00 |
| DISTRICT ATTORNEY REV. FUND 11/1/04 | $ 30.00 |
| 10% OF DARF | $ 3.00 |
| SHERIFF SERVICE FEE-COURTHOUSE SECURITY SUB ACCOUNT 11/1/06 | $ 10.00 |
| 10% OF COURTHOUSE SECURITY FEE | $ 1.00 |
| ATTORNEY GENERAL VICTIM SERVICES UNIT 7/1/07 | $ 3.00 |
| 10% OF AG VICTIM SERVICES FEE | $ 0.30 |
| CHILD ABUSE MULTIDISCIPLINARY ACCOUNT 7/1/07 | $ 3.00 |
| 10% OF CAMA FEE | $ 0.30 |
| 15% TO DISTRICT COURT REVOLVING FUND | $ 14.40 |

**12/10/2025  [ TEXT ]**

PROBABLE CAUSE AFFIDAVIT CH KH
Document Available (#1086875956) ▯TIFF ▯PDF

EXHIBIT 1

**12/10/2025** **[ TEXT ]** $ 50.00

ISSUE MISDEMEANOR WARRANT

Document Available at Court Clerk's Office

---

**12/26/2025** **[ TEXT ]**

LETTER FROM GENTNER DRUMMOND ATTORNEY GENERAL KA

Document Available (#1086999840) TIFF   PDF

---

**12/31/2025** **[ TEXT ]**

AFFIDAVIT OF HEATHER CHANDLER DK

Document Available (#1087026533) TIFF   PDF

---

**01/06/2026** **[ TEXT ]**

NOTICE OF GOOD-FAITH EFFORTS TO CONFIRM PROSECUTING AUTHORITY AND CONTACT INFORMATION AY

Document Available (#1087107083) TIFF   PDF

---

**01/09/2026** **[ TEXT ]**

DEFENDANT'S MOTION FOR FRANKS HEARING DK

Document Available (#1087110406) TIFF   PDF

---

**01/20/2026** **[ TEXT ]**

DEFT'S SUPPLEMENTAL MOTION FOR FRANKS HEARING MH

Document Available (#1087184610) TIFF   PDF

---

**01/20/2026** **[ TEXT ]**

DEFT'S MOTION TO DISQUALIFY PROSECUTOR MH

Document Available (#1087184609) TIFF   PDF

---

**01/20/2026** **[ TEXT ]**

DEFT'S MOTION FOR JUDICIAL RECUSAL MH

Document Available (#1087186760) TIFF   PDF

---

**02/13/2026** **[ TEXT ]**

DEFENDANT'S MOTION TO DEEM MOTIONS CONFESSED DK

Document Available (#1087403263) TIFF   PDF

EXHIBIT 1