IN THE DISTRICT COURT IN AND FOR STEPHENS COUNTY
STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,          plaintiff,

NO. Cm-2025-529

**FILED DISTRICT COURT**
Stephens County, Okla.

-vs-

**DECASTRO, Jose Maria**          **Defendant**
White Male
DOB: 09/XX/1974
XXX-XX-2535

DEC 1 0 2025

**MELODY HARPER**
Court Clerk

## PROBABLE CAUSE AFFIDAVIT

**I, Detective Suzannahe Smith, being first duly sworn, upon oath, hereby depose and state as follows:**

I, Suzannahe Smith, am a Sergeant with the Duncan Police Department in Stephens County, State of Oklahoma. I have been a CLEET-certified and commissioned peace officer for the Duncan Police Department, in Stephens County, in the State of Oklahoma, since February 2013. Your affiant has attended the CLEET Academy and received more than 2400 hours of continuing education from CLEET courses, United States Department of Justice (DOJ) courses, Drug Enforcement Administration (DEA) courses, numerous other State and Federal Agency Courses, and currently holds an Advanced Peace Officers Certification in the State of Oklahoma. During my employment, your affiant has been assigned as a Patrol Officer, a K9 Handler, to the Drug Enforcement Administration (DEA) HIDTA Task Force, Oklahoma City District Office, and is currently assigned to the Criminal Investigations Division since May of 2023.

## FACTUAL BASIS FOR PROBABLE CAUSE

As probable cause for believing that said crime(s) was committed and that said crime(s) were committed in the City Limits of Duncan, Stephens County, and the State of Oklahoma, I allege, and state as follows:

On September 8, 2025, at approximately 1439 hours, I, Sgt. Suzannahe Smith was in the Duncan Police Department when Civilian Records Clerk Lori Adams passed me in the hallway, walking towards the south door to exit into the south parking lot. Adams mentioned there were individuals around her vehicle.

I followed Adams to the door and observed two females, one identified as Heather CHANDLER and the second unknown, in the south parking lot, looking into Adams' personal vehicle. CHANDLER and the unknown female were touching the windows, and appeared to be placing a cellular phone on the windows to photograph and/or record the interior of the vehicle. I returned to my office and reviewed video camera footage of the individuals in the parking lot.

1

EXHIBIT 2

At approximately 1431 hours, I observed a male later identified as Jose Maria DECASTRO, walking through the parking lot and carrying a long pole with a recording device attached to it. DECASTRO approached several parked "pull units" and looked into each while also placing the device on the windows to capture the interior of the units.

At approximately 1433 hours, I observed DECASTRO peering into Detective Connor Newman's department-issued unit, a silver Ford F150 bearing Oklahoma License Plate PYA020. DECASTRO appeared to be taking a video/photographing the interior of the vehicle, then pulled on the left (driver's side) door handle, but failed to make entry. DECASTRO proceeded to look inside each investigator's unit, appearing to video/photograph the interior of each unit. At approximately 1435 hours, DECASTRO was standing between Lt. William Fitzhugh's unit and mine. DECASTRO is seen peering into both units. DECASTRO pulled Lt. Fitzhugh's left (driver's side) door handle, again failing to make entry. Lt. Fitzhugh's unit is a silver Ford F150 bearing Oklahoma License Plate QHB922.

I continued to review the camera footage and observed DECASTRO, Heather CHANDLER, and the unknown female continue to walk around numerous other parked units in the south lot, look in and photographing/videoing the interior and exterior of each.

At approximately 1450 hours, I approached the south door of the police department and observed DECASRO, CHANDLER, and the unknown female reapproach Detective Newman's unit and peer into the driver's side windows. DECASTRO then walked between Lt. Fithugh's unit and mine, peered into each, and pulled the door handle of my unit. My unit is described as a silver Ford F150 bearing an Oklahoma License Plate PLX241.

I am familiar with the facts set forth in this affidavit based on a review of certain administrative reports, statements of witnesses regarding the defendant, and from these statements, reports, and from my own observations and knowledge; I submit that there is probable cause to believe that the crime(s) listed were committed:
**Molesting an Automobile or Motor Vehicle (21 O.S. § 1787).**

**Based upon this affidavit, the undersigned prays that this Honorable Court issue a finding of fact that there is probable cause for the issuance of an arrest warrant.**

**Sergeant Suzannahe Smith**

Subscribed and sworn to before me this 9th day of September, 2025.

**My Commission Expires:**
11-28-25

Notary Public

LORI A. ADAMS
NOTARY
#17010915
EXP. 11-28-25
STATE OF OKLAHOMA
PUBLIC

2

EXHIBIT 2

## FINDING OF PROBABLE CAUSE

The undersigned Judge of this Court based upon the above said affidavit, and any attachments thereto, hereby determines there to be probable cause to arrest.

DATED this __10__ day of __December__, 2025.

_____
JUDGE OF THE DISTRICT COURT

3

EXHIBIT 2