**IN THE DISTRICT COURT OF THE THIRD JUDICIAL DISTRICT OF THE STATE OF OKLAHOMA SITTING IN AND FOR STEPHENS COUNTY**

| | |
|---|---|
| THE STATE OF OKLAHOMA,<br>　　　Plaintiff,<br><br>vs.<br><br>JOSE M DECASTRO<br>ADDR: 1258 Franklin St.<br>　　　Santa Monica, CA 90404<br>SSN:<br>DOB: 09/11/1974<br>　　　Defendant(s). | )<br>)<br>)<br>)<br>)　　Case No. CM-2025- 530<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MISDEMEANOR WARRANT

STATE OF OKLAHOMA, COUNTY OF STEPHENS, TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED to forthwith arrest and take said JOSE M DECASTRO into custody for the offense(s) of:

COUNT 1:　LOITER IN / INJURE / MOLEST MOTOR VEHICLE / JOY RIDE, a MISDEMEANOR, 21 O.S. § 1787.

COUNT 2:　LOITER IN / INJURE / MOLEST MOTOR VEHICLE / JOY RIDE, a MISDEMEANOR, 21 O.S. § 1787.

COUNT 3:　LOITER IN / INJURE / MOLEST MOTOR VEHICLE / JOY RIDE, a MISDEMEANOR, 21 O.S. § 1787.

and bring him before me or some other Magistrate having cognizance of the case, to be dealt with according to law.

Bond for the release of the above named defendant, to guarantee said defendant's appearance in all the Court's proceedings herein, be and the same is hereby fixed in the sum of $ __5,000__, until the further Order of the Court.

☐ Defendant to have no contact with alleged victim as a condition of the bond.

Dated this __10__ day of ~~November~~ _December_, 2025.

_____<br>Judge of the District Court

**Presenting Agency:**

| **Identifiers:** | Gender: | Male | **Agency Case Number:** |
|---|---|---|---|
| | Height: | 5' 8" | Race: |
| | Weight: | 195 lbs. | Eye Color: Green |
| | DL #: | | Hair Color: Brown |
| | | | Markings: |

## OFFICER'S REPORT

STATE OF OKLAHOMA, COUNTY OF STEPHENS

Received the within writ on the _____ day of _____ and executed the same by taking into custody JOSE M DECASTRO and presenting him before the court this_____day of _____.

**Fees:**　Arresting _____persons at $ _____each $_____

_____ miles at $ _____ per mile $_____

TOTAL$_____

By: _____<br>Law Enforcement Officer

EXHIBIT 3