PO Box 36143
L.A., CA 90036

9589 0710 5270 3455 2538 20

**Retail**

UNITED STATES
POSTAL SERVICE®

RDC 99

73102

U.S. POSTAGE PAID
FCM LG ENV
LOS ANGELES, CA 90036
APR 30, 2026

**$8.30**

S2323Y500804-08

Clerk of Court; Dist Ct
United States Courthouse
200 NW 4th Street, Suite
1210

Ok City Ok, 73102

**RECEIVED**

MAY 04 2026

Clerk, U.S. District Court
WEST.DIST.OF OKLA.