## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOSE MARIA DeCASTRO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:26-cv-00027 |
| ) | |
| CITY OF DUNCAN, OKLAHOMA; ) | |
| *et al.,* ) | |

## DEFENDANT'S UNOPPOSED MOTION TO EXTEND REPLY DEADLINE

Defendant, Suzannahe Smith ("Defendant"), pursuant to LCv.R6.3, respectfully moves this Court to extend the deadline for Defendant's Reply in Support of her Motion to Dismiss in this matter by seven (7) days. In support of this Motion, Defendant states as follows:

1.      Plaintiff filed this case in the United States District Court Central District of California Western Division on December 18, 2025. He then filed an Amended Complaint in the United States District Court Western District of Oklahoma on March 30, 2026. Plaintiff purportedly served Defendant Smith on April 2, 2026.

2.      In this case, Plaintiff alleges that the City of Duncan Police Department and related Defendants violated his First and Fourth Amendment Rights under 42 U.S.C § 1983.

3.    Defendant Suzannahe Smith filed her Motion to Dismiss and Brief in Support on April 22, 2026. Plaintiff filed his Response in Opposition to Defendant's Motion to Dismiss on May 4, 2026.

4.    Defendant's Reply is currently due on May 11, 2026.

5.    Due to the undersigned counsel's other deadlines, they require additional time to analyze and prepare Defendant's reply brief. Accordingly, Defendant Smith respectfully requests an extension of time until May 18, 2026, at which time to file the reply brief on behalf of Defendant Suzannahe Smith.

6.    There is not yet a Scheduling Order in place; therefore, the requested extension will not impact any deadlines.

7.    A proposed Order is submitted contemporaneously herewith.

8.    Plaintiff has no objection to the requested extension of seven (7) days.

9.    This is Defendant's first request to extend the deadlines, and it is not made for purposes of delay.

WHEREFORE, for the reasons set forth above, Defendant Suzannahe Smith respectfully requests that the court grant an extension of Defendant's Reply in Support of her Motion to Dismiss by seven (7) days.

- 3 -

Respectfully submitted,

*s/ Jessica James Curtis*

Robert S. Lafferrandre, OBA #11897
Jeffrey C. Hendrickson, OBA #32798
Jessica James Curtis, OBA #35140
**PIERCE COUCH HENDRICKSON
BAYSINGER & GREEN, L.L.P.**
1109 North Francis Avenue
Oklahoma City, Oklahoma 73106
Telephone: (405) 235-1611
Facsimile: (405) 235-2903
jjamescurtis@piercecouch.com

*Attorneys for Defendant Suzannahe Smith*

## **CERTIFICATE OF SERVICE**

I certify that on the 7th day of May, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and the transmittal of a Notice of Electronic Filing to all counsel who have entered an appearance in this action.

*s/ Jessica James Curtis*
Jessica James Curtis

I also hereby certified that on the 7th day of May, 2026, I served a true and correct copy of the attached document on all parties that are not registered for service via the CM/ECF system for filing, including those specified below, via U.S. mail:

***Pro Se Mr. DeCastro:***
Jose Maria DeCastro
5350 Wilshire Blvd.
P.O. Box 36143
Los Angeles, CA 90036
chille@situationcreator.com

*s/ Jessica James Curtis*
Jessica James Curtis