## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOSE MARIA DECASTRO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-27-G |
| | ) | |
| CITY OF DUNCAN, OKLAHOMA, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Now before the Court is Defendant Suzannahe Smith's Motion (Doc. No. 26) seeking an extension of time to file a reply in support of the Motion to Dismiss (Doc. No. 24).

For good cause shown, Defendant's unopposed Motion (Doc. No. 26) is GRANTED. Defendant may file the cited reply no later than May 18, 2026.

IT IS SO ORDERED this 8th day of May, 2026.

_____
CHARLES B. GOODWIN
United States District Judge