# IN THE UNITED STATES DISTRICT COURT FOR THE

## WESTERN DISTRICT OF OKLAHOMA

JOSE MARIA DeCASTRO,                                        )
                                                           )
     Plaintiff,                                           )
                                                           )
v.                                                         )
                                                           )
CITY OF DUNCAN, OKLAHOMA, et al.,                          )
                                                           )
     Defendants.                                          )
**Case No. 5:26-cv-00027-G**

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE
## TO FILE SUR-REPLY

Before the Court is Plaintiff Jose Maria DeCastro's Motion for Leave to File Sur-Reply to Defendant Suzannahe Smith's Reply in Support of Motion to Dismiss (Doc. 28). Plaintiff seeks leave under Local Civil Rule 7.1(i) to file a sur-reply addressing new authorities and arguments introduced for the first time in the Reply.

Having considered the Motion, the Court finds that Defendant's Reply introduced new authority and argument that Plaintiff has not had a meaningful opportunity to address, and that a brief sur-reply will assist the Court in resolving the underlying Motion to Dismiss.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Leave to File Sur-Reply is GRANTED. The Clerk is directed to docket the Sur-Reply attached to the Motion as filed concurrently with this Order.

IT IS SO ORDERED this _____ day of _____, 2026.

_____

CHARLES B. GOODWIN

UNITED STATES DISTRICT JUDGE