Jose M. DeCastro
5350 Wilshire Blvd
PO Box 36143
L.A., CA 90036

UNITED STATES
POSTAL SERVICE

U.S. POSTAGE PAID
FCM LETTER
LOS ANGELES, CA 90058
MAY 28, 2026

73102

$5.88

S2323W501102-22

RDC 99



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

## CERTIFIED MAIL®



9589 0710 5270 4064 2626 85

Clerk of Court
200 NW 4th Street,
Rm 1210
OK City, OK 73102

FOREVER / USA

## RECEIVED

JUN 0 2 2026

Clerk, U.S. District Court
WEST.DIST.OF OKLA.

731023027 C005