**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **JOSE MARIA DECASTRO,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No. CIV-26-27-G** |
| | ) |
| **CITY OF DUNCAN, OKLAHOMA,** | ) |
| **et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Now before the Court is Plaintiff Jose Maria DeCastro's Motion (Doc. No. 29) seeking leave to file a surreply in opposition to the pending Motion to Dismiss (Doc. No. 24). No response to Plaintiff's Motion has been filed within the time allowed by local rule.

Plaintiff's unopposed Motion (Doc. No. 29) therefore is GRANTED. Plaintiff shall file the surreply (currently presented as an exhibit to the Motion) within fourteen (14) days of the date of this Order.

IT IS SO ORDERED this 6th day of August, 2026.

CHARLES B. GOODWIN
United States District Judge