IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

JOSE MARIA DeCASTRO, )
)
Plaintiff, )
)
v. )
)
CITY OF DUNCAN, OKLAHOMA, et al., )
)
Defendants. )

Case No. 5:26-cv-00027-G

ORDER

Before the Court is Plaintiff's Motion for Leave to File Amended Sur-Reply.

Upon consideration, the Motion is GRANTED. The Amended Sur-Reply attached to the Motion as Exhibit A, together with Exhibits 1 through 6 thereto, is deemed filed as of the date of this Order and substituted for the Sur-Reply filed August 20, 2026 (Doc. 31).

IT IS SO ORDERED this ______ day of ____________________, 2026.

________________________________
CHARLES B. GOODWIN
United States District Judge