FROM:

Jose Decastro
P.O. Box 36143
Los Angeles, CA 90036

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

9589 0710 5270 4632 0207 23

Retail

U.S. POSTAGE PAID
FCM LG ENV
LOS ANGELES, CA 90036
OCT 20, 2026

UNITED STATES POSTAL SERVICE

73102

$11.89

RDC 99

S2324h505075-22

TO:

Clerk of Court United States District
Court Western District of Oklahoma
200 NW 4th Street,
Room 1210
Oklahoma City, OK 73102

RECEIVED
OCT 26 2026
Clerk, U.S. District Court
WEST.DIST.OF OKLA.

Utility Mailer
10 1/2" x 16"

ReadyPost