IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOSE MARIA DeCASTRO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF DUNCAN, OKLAHOMA, et al.,<br><br>Defendants. | Case No. CIV-26-27-G |

PLAINTIFF'S REQUEST FOR ISSUANCE OF SUMMONS

Plaintiff Jose Maria DeCastro, appearing pro se, requests that the Clerk issue a summons for each Defendant listed below, to be served with a copy of the First Amended Complaint (Doc. 16). A completed summons form (AO 440) for each Defendant is submitted with this Request.

A. Defendants who need a first summons

1. Connor Newman, Duncan Police Department, 100 S. 7th Street, Duncan, OK 73533. No summons has previously been requested or issued for this Defendant.

2. William Fitzhugh, Duncan Police Department, 100 S. 7th Street, Duncan, OK 73533. No summons has previously been requested or issued for this Defendant.

3. Brian Attaway, Duncan Police Department, 100 S. 7th Street, Duncan, OK 73533. No summons has previously been requested or issued for this Defendant.

4. David Hammond, Stuart & Hammond, P.C., 1111 W. Willow Ave., Suite 100, Duncan, OK 73533. No summons has previously been requested or issued for this Defendant.

B. Defendants who need a replacement summons

5. City of Duncan, Oklahoma, through Chris Deal, City Manager and Chief Executive Officer, Duncan City Hall, 1600 S. Highway 81, Duncan, OK 73533. A summons was previously issued to the City directed to the City Attorney (Doc. 14). No proof of service has been filed. Plaintiff requests a replacement summons directed to the City's chief executive officer under Fed. R. Civ. P. 4(j)(2)(A), to be served with the First Amended Complaint.

6. Suzannahe Smith, Duncan Police Department, 100 S. 7th Street, Duncan, OK 73533. A summons was previously issued for Defendant Smith (Doc. 14), before the First Amended Complaint was filed. No proof of service has been filed. Plaintiff requests a replacement summons to be served with the First Amended Complaint.

7. Dan Jacobsma, District Attorney, 101 N. Main Street, Suite 140, Altus, OK 73521. A summons was previously issued for Mr. Jacobsma (Doc. 18). No proof of service has been filed. Plaintiff requests a replacement summons to be served with the First Amended Complaint.

Dated: October 20, 2026

Respectfully submitted,

/s/ Jose Maria DeCastro
Jose Maria DeCastro, Pro Se
5350 Wilshire Blvd.
PO Box 36143
Los Angeles, CA 90036
310-963-2445
chille@situationcreator.com

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Oklahoma

| | | |
|---|---|---|
| JOSE MARIA DeCASTRO<br><br>Plaintiff(s),<br><br>v.<br>CITY OF DUNCAN, OKLAHOMA, et al.<br><br>Defendant(s). | ) | Case No. CIV-26-27-G |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
City of Duncan, Oklahoma
c/o Chris Deal, City Manager and Chief Executive Officer
Duncan City Hall
1600 S. Highway 81
Duncan, OK 73533

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jose Maria DeCastro, Pro Se
5350 Wilshire Blvd., PO Box 36143
Los Angeles, CA 90036
310-963-2445
chille@situationcreator.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***Signed and sealed by the Clerk of the Court or Deputy Clerk.***

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

| | | |
|---|---|---|
| JOSE MARIA DeCASTRO<br><br><br><br>Plaintiff(s), | ) | |
| v.<br>CITY OF DUNCAN, OKLAHOMA, et al.<br><br><br><br>Defendant(s). | ) | Case No. CIV-26-27-G |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Connor Newman
Duncan Police Department
100 S. 7th Street
Duncan, OK 73533

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jose Maria DeCastro, Pro Se
5350 Wilshire Blvd., PO Box 36143
Los Angeles, CA 90036
310-963-2445
chille@situationcreator.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

| | | |
|---|---|---|
| JOSE MARIA DeCASTRO<br><br>Plaintiff(s),<br><br>v.<br>CITY OF DUNCAN, OKLAHOMA, et al.<br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-26-27-G |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
William Fitzhugh
Duncan Police Department
100 S. 7th Street
Duncan, OK 73533

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jose Maria DeCastro, Pro Se
5350 Wilshire Blvd., PO Box 36143
Los Angeles, CA 90036
310-963-2445
chille@situationcreator.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Oklahoma

| | | |
|---|---|---|
| JOSE MARIA DeCASTRO<br><br>Plaintiff(s),<br><br>v.<br>CITY OF DUNCAN, OKLAHOMA, et al.<br><br>Defendant(s). | ) | Case No. CIV-26-27-G |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Brian Attaway, Chief of Police
Duncan Police Department
100 S. 7th Street
Duncan, OK 73533

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jose Maria DeCastro, Pro Se
5350 Wilshire Blvd., PO Box 36143
Los Angeles, CA 90036
310-963-2445
chille@situationcreator.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

| | | |
|---|---|---|
| JOSE MARIA DeCASTRO<br><br>Plaintiff(s),<br><br>v.<br>CITY OF DUNCAN, OKLAHOMA, et al.<br><br>Defendant(s). | ) | Case No. CIV-26-27-G |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
David Hammond
Stuart & Hammond, P.C.
1111 W. Willow Avenue, Suite 100
Duncan, OK 73533

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jose Maria DeCastro, Pro Se
5350 Wilshire Blvd., PO Box 36143
Los Angeles, CA 90036
310-963-2445
chille@situationcreator.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

| | | |
|---|---|---|
| JOSE MARIA DeCASTRO<br><br>Plaintiff(s),<br><br>v.<br>CITY OF DUNCAN, OKLAHOMA, et al.<br><br>Defendant(s). | ) | Case No. CIV-26-27-G |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Suzannahe Smith
Duncan Police Department
100 S. 7th Street
Duncan, OK 73533

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jose Maria DeCastro, Pro Se
5350 Wilshire Blvd., PO Box 36143
Los Angeles, CA 90036
310-963-2445
chille@situationcreator.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

| | |
|---|---|
| JOSE MARIA DeCASTRO<br><br>Plaintiff(s),<br><br>v.<br>CITY OF DUNCAN, OKLAHOMA, et al.<br><br>Defendant(s). | Case No. CIV-26-27-G |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Dan Jacobsma, District Attorney
101 N. Main Street, Suite 140
Altus, OK 73521

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jose Maria DeCastro, Pro Se
5350 Wilshire Blvd., PO Box 36143
Los Angeles, CA 90036
310-963-2445
chille@situationcreator.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*