IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

JOSE MARIA DeCASTRO,

Plaintiff,

v.

CITY OF DUNCAN, OKLAHOMA, et al.,

Defendants.

Case No. CIV-26-27-G

[PROPOSED] ORDER

Before the Court is Plaintiff's Motion for Extension of Time to Effect Service on All Defendants. Upon consideration, the Court finds the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Extension of Time to Effect Service on All Defendants is GRANTED.

Plaintiff shall complete service of a summons and the First Amended Complaint (Doc. 16) on each Defendant named in it no later than 45 days after entry of this Order.

Proof of each service shall be filed as required by Federal Rule of Civil Procedure 4(l) and LCvR4.2, within 14 days after that service is made.

The Clerk is directed to issue summonses for each Defendant as requested in Plaintiff's Request for Issuance of Summons.

IT IS SO ORDERED this ____ day of ______________, 20__.

______________________________
CHARLES B. GOODWIN
United States District Judge