**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JOSE MARIA DECASTRO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-27-G** |
| | ) | |
| **CITY OF DUNCAN, OKLAHOMA,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

On August 6, 2026, the Court granted Plaintiff Jose Maria DeCastro's unopposed motion for leave to file a surreply in opposition to the pending Motion to Dismiss (Doc. No. 24). *See* Order of Aug. 6, 2026 (Doc. No. 30). Plaintiff then filed the Surreply (Doc. No. 31) as directed.

Now before the Court is Plaintiff's Motion to Amend (Doc. No. 32), in which Plaintiff requests leave to file an amended version of the Surreply. No response to the Motion has been filed within the time allowed.

For good cause shown, Plaintiff's Motion to Amend (Doc. No. 32) is GRANTED. Plaintiff shall file the proposed amended surreply (currently attached as Exhibit 1 to the motion) within fourteen (14) days of the date of this Order.

IT IS SO ORDERED this 29th day of October, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge