**EXHIBIT A**
Case No. CIV-26-27-G
Page 1 of 1

Envelope mailed by Plaintiff to Defendant David Hammond on October 20, 2026,
returned by USPS marked "UNABLE TO FORWARD" (return label dated October 28, 2026)

