**EXHIBIT B**
Case No. CIV-26-27-G
Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | | |
|---|---|---|
| JOSE MARIA DeCASTRO<br><br>Plaintiff(s)<br>v.<br>CITY OF DUNCAN, OKLAHOMA, et al.<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. CIV-26-27-G |

SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
David W. Hammond
Hammond, Archer & Kee, PLLC
1102 W. Maple Avenue
Duncan, OK 73533

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jose Maria DeCastro, Pro Se
5350 Wilshire Blvd., PO Box 36143
Los Angeles, CA 90036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ________________

________________________________________
Signature of Clerk or Deputy Clerk

**EXHIBIT B**
Case No. CIV-26-27-G
Page 2 of 2

# PROOF OF SERVICE

(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) David W. Hammond was received by me on (date) ______________.

[ ] I personally served the summons on the individual at (place) ________________________________ on (date) ____________; or

[ ] I left the summons at the individual's residence or usual place of abode with (name) ______________________, a person of suitable age and discretion who resides there, on (date) ____________, and mailed a copy to the individual's last known address; or

[ ] I served the summons on (name of individual) ______________________, who is designated by law to accept service of process on behalf of (name of organization) ______________________ on (date) ____________; or

[ ] I returned the summons unexecuted because ______________________________________; or

[ ] Other (specify): ____________________________________________________________.

My fees are $________ for travel and $________ for services, for a total of $________.

I declare under penalty of perjury that this information is true.

Date: ________________ ______________________________________
Server's signature

______________________________________
Printed name and title

______________________________________
Server's address

Additional information regarding attempted service, etc.: