IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOSE MARIA DeCASTRO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF DUNCAN, OKLAHOMA, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-26-27-G |

[PROPOSED] ORDER

Before the Court are Plaintiff's Motion for Extension of Time to Effect Service (Doc. 36) and Plaintiff's Motion for Prompt Ruling on Motion for Extension of Time and for Order Directing the Clerk to Issue Summonses, dated November 6, 2026. Having considered the motions and the record, the Court finds that a permissive extension of time under Federal Rule of Civil Procedure 4(m) is warranted.

IT IS THEREFORE ORDERED that the motions are GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall issue summonses for Defendants City of Duncan, Oklahoma, Suzannahe Smith, Connor Newman, William Fitzhugh, Brian Attaway, David Hammond, and Dan Jacobsma on the forms submitted at Doc. 36-2, except that the summons for Defendant David Hammond shall issue on the corrected form attached as Exhibit B to Plaintiff's Motion for Prompt Ruling, directed to 1102 W. Maple Avenue, Duncan, Oklahoma 73533.

IT IS FURTHER ORDERED that Plaintiff shall effect service on each of these seven Defendants in compliance with Federal Rule of Civil Procedure 4 within 30 days of the date of this Order, that is, on or before ________________________, and shall file proof of service promptly after service on each Defendant is accomplished.

IT IS SO ORDERED this ___ day of _______________, 20___.

________________________________
CHARLES B. GOODWIN
United States District Judge