Jose DeCastro
5350 Wilshire Blvd
P.O. Box 36143
Los Angeles, CA 90036

Retail

U.S. POSTAGE PAID
PM
LOS ANGELES, CA 90036
NOV 06, 2026

UNITED STATES POSTAL SERVICE®

73102

$15.50

RDC 01 0 Lb 2.50 Oz S2324D502363-08

RECEIVED
NOV 0 9 2026
Clerk, U.S. District Court
WEST.DIST.OF OKLA

Clerk of Court
United States District Court
Western District of Oklahoma

200 N.W. 4th Street
Room 1210
Oklahoma City, OK 73102

PRIORITY MAIL
UNITED STATES POSTAL SERVICE TM
LABEL107R, OCT 1997 www.usps.gov

EXPECTED DELIVERY DAY: 11/12/26
USPS TRACKING® #

9505 5138 0721 6310 9699 03