**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

<table>
<tr><td>JOSE MARIA DeCASTRO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF DUNCAN, OKLAHOMA;<br>SUZANNAHE SMITH, in her individual and official capacities;<br>CONNOR NEWMAN, in his individual and official capacities;<br>WILLIAM FITZHUGH, in his individual and official capacities;<br>BRIAN ATTAWAY, in his individual and official capacities;<br>DAVID HAMMOND, in his individual and official capacities;<br>DAN JACOBSMA, in his individual and official capacities;<br>DOES 1-10, inclusive,<br><br>Defendants.</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Case No. CIV-26-27-G</td></tr>
</table>

**DEFENDANTS' SPECIAL ENTRY OF APPEARANCE AND RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PROMPT RULING ON MOTION FOR EXTENSION OF TIME AND FOR ORDER DIRECTING THE CLERK TO ISSUE SUMMONSES, WITH NOTICE OF DEFENDANT HAMMOND'S CURRENT ADDRESS**

Defendants City of Duncan, Oklahoma, Connor Newman, William Fitzhugh, Brian Attaway, and Suzannahe Smith (individually a "Defendant" and collectively the "Defendants"), by and through their undersigned counsel, respectfully submit this response

and ask Court to deny Plaintiff's "Motion for Prompt Ruling on Motion for Extension of Time and For Order Directing the Clerk to Issue Summonses, with Notice of Defendant Hammond's Current Address." Defendants specially appear and adopt and incorporate the positions, contentions, and evidence raised in their Special Entry of Appearance and Motion to Dismiss (ECF 33) and Special Entry of Appearance and Response in Opposition to Plaintiff's Motion for Extension of Time to Effect Service (ECF 40). Plaintiff's Motion should be denied.

Date: November 16, 2026.

Respectfully submitted,

s/ Jeffrey C. Hendrickson

Robert S. Lafferrandre, OBA #11897
Jeffrey C. Hendrickson, OBA #32798
Jessica James Curtis, OBA #35140
**PIERCE COUCH HENDRICKSON BAYSINGER & GREEN, L.L.P.**
1109 North Francis Avenue
Oklahoma City, Oklahoma 73106
Telephone: (405) 235-1611
Facsimile: (405) 235-2903
jhendrickson@piercecouch.com

*Attorneys for Defendant Suzannahe Smith, and Defendants Connor Newman, William Fitzhugh, Brian Attaway, appearing specially*

## CERTIFICATE OF SERVICE

I certify that on **November 16, 2026**, I electronically transmitted the attached document to the Clerk of this Court using the ECF System for filing. Based on the records currently on file, the Clerk will transmit a Notice of Electronic Filing to all ECF registrants who have entered their appearance in this case.

s/ Jeffrey C. Hendrickson
Jeffrey C. Hendrickson

I also hereby certify that on **November 16, 2026**, I served a true and correct copy of the attached document on all parties that are not registered for service via the CM/ECF system for filing, including those specified below, via U.S. mail:

Jose Maria DeCastro
5350 Wilshire Blvd.
P.O. Box 36143
Los Angeles, CA 90036
chille@situationcreator.com

*Pro Se Plaintiff*

s/ Jeffrey C. Hendrickson
Jeffrey C. Hendrickson